Argued and submitted June 20, 1991, affirmed February 12, 1992

## STATE OF OREGON,
*Respondent,*

*v.*

## DAVID K. SPURBECK,
*Appellant.*

(C90-0877CR; CA A66429)

823 P2d 1049

Stephen J. Williams, Deputy Public Defender, Salem, argued the cause for appellant. With him on the brief was Sally L. Avera, Public Defender, Salem.

Ann F. Kelley, Assistant Attorney General, Salem, argued the cause for respondent. With her on the brief were Dave Frohnmayer, Attorney General, and Virginia L. Linder, Solicitor General, Salem.

Before Warren, Presiding Judge, and Riggs and Edmonds, Judges.